UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSELLA CARE, Administrator of Nazzrena Care Estate, Holder,<br><br>Plaintiff,<br><br>-against-<br><br>NANCY AGOSTINO,<br><br>Defendant. | 23-CV-4739 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 27, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 27, 2023
       New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge